# United States District Court

## For The District of Columbia

<u>**UNDER SEAL**</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **HOWARD R. SHMUCKLER**<br>XXXX XXXX XXXX<br>Virginia Beach, VA XXXXX<br>DOB: XX/XX/XXXX | CASE NUMBER: |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE
(Bank Fraud)

Between on or about April 5, 2005, and October 21, 2005, within the District of Columbia and elsewhere, the defendant, HOWARD R. SHMUCKLER, devised a scheme and artifice to defraud multiple financial institutions, including but not limited to Bank of America, a financial institution with accounts insured by the Federal Deposit Insurance Corporation, and to obtain money, funds and assets owned by and under the custody and control of Bank of America and other financial institutions by means of false and fraudulent pretenses, representations and promises.

It was part of the scheme and artifice that the defendant deposited and caused to be deposited counterfeit checks into bank accounts controlled by him.

On or about September 12, 2005, in the District of Columbia, defendant executed and attempted to execute the scheme and artifice as set forth above by depositing and causing to be deposited into a Bank of America account controlled by defendant HOWARD R. SHMUCKLER a counterfeit check for $895,000 purporting to be from Riceland Foods, Inc., made payable to "Law Offices of Howard R. Shmuckler."

I further state that I am <u>Special Agent Robert L. Werner</u>, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

AUSA, Jonathan W. Haray

Robert L. Werner, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

_____ at   <u>Washington, D.C.</u>
Date                                                            City and State

_____        _____
Name & Title of Judicial Officer                     Signature of Judicial Officer